

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:06-CR-50** |
| | § | |
| **CARL CARVER** | | |

### MEMORANDUM ORDER
### ADOPTING FINDINGS OF FACT AND RECOMMENDATION
### ON DEFENDANT'S GUILTY PLEA

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #28].  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement.  He further recommended that the Court finally adjudge Defendant as guilty on **Count III** of the **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #28] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Carl Carver, is hereby adjudged as guilty on **Count III** of the charging **Indictment** charging a violation of Title 18, United States Code, Section 922(g)(1).

**SIGNED** this the **12** day of **March, 2007.**

_____
Thad Heartfield
United States District Judge